CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 9 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **DELMER LOUIS SMITH,** | ) |
| Plaintiff, | ) Civil Action No. 7:08-cv-00509 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **GENE JOHNSON, et. al.,** | ) By: Hon. James C. Turk |
| Defendants. | ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), plaintiff's motion to amend is **DENIED**,[2] and the case is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 9th day of October, 2008.

/s/ James C. Turk
Senior United States District Judge

---

[2] Petitioner states in the motion to amend that he needs to "include another sentence where the same issues are involved." As the current motion fails to provide the details to be added and involves evidence of a type that would not affect the court's judgment in this case, it is denied.